IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>        Plaintiff,<br><br>vs.<br><br>ESTATE OF BONNIE MATULKA, et al.,<br><br>        Defendants. | 4:13-CV-3053<br><br>ORDER |

    This matter is before the Court on the Plaintiff's Motion for Attorney Fees (filing 13). The Court's Memorandum and Order of June 18, 2013 (filing 10) previously found that an award of costs and expenses, including attorney fees, was appropriate in this case because the removing parties lacked an objectively reasonable basis for seeking removal. *See* 28 U.S.C. § 1447(c); *see also Martin v. Franklin Capital Corp.*, 546 U.S. 132, 141 (2005).

    The defendants have filed no objection or response to the plaintiff's motion for attorney fees. The Court has reviewed the motion and the plaintiff's affidavit and finds the plaintiff's fees to be reasonable. *See Farmers Coop. v. Senske & Son Transfer Co.*, 572 F.3d 492, 500 (8th Cir. 2009); *see also,* Fed. R. Civ. P. 54(d)(2); NECivR 54.3. Accordingly, the plaintiff's motion will be granted.

    IT IS ORDERED:

1. The Plaintiff's Motion for Attorney Fees (filing 13) is granted.

2. The plaintiff is awarded $875 in attorney fees in the above-captioned case, to be recoverable jointly and severally from the defendants in this case.

3. This award shall be in addition to any award in the other cases with which above-captioned case was consolidated.

- 2 -

4. The Clerk of the Court is authorized to accept payment pursuant to this award and deliver those funds to the plaintiff's counsel.

Dated this 22nd day of July, 2013.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge